# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIOLENA BEAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-1723 (ABJ) |
| THE DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated on the record during the second pretrial conference held on June 8, 2018, it is hereby

**ORDERED** that plaintiff's motion in limine [Dkt. # 48] is denied as moot.  It is

**FURTHER ORDERED** that defendant's motion in limine [Dkt. # 34] is granted in part. Plaintiff may not argue that she is entitled to lost income because she was recommended for termination, or that she is entitled to a back pay award stemming from the recommendation for termination.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  June 8, 2018